| | |
|---|---|
| **From:** | Stephanie Straka <SStraka@trachtmanlaw.com> |
| **Sent:** | Friday, May 27, 2016 10:29 AM |
| **To:** | Ray Ballister |
| **Cc:** | Phyl Grace; Dennis Price; Mark Potter; Amanda Lockhart; Ben Trachtman; Daniel Shimell |
| **Subject:** | FW: lindsay v dadigan / jnt rpt re site inspection |
| **Attachments:** | 5-17-16 EM to Atty Lockhart Attaching Courtesy Copy of Defendants' Initial Disclosures.pdf; Defendants' Initial Disclosures.5-5-16.pdf; US Bank Branch #9189 - Culver City ADA Report.pdf |
| **Importance:** | High |

Good morning Mr. Ballister,

Per my email to Ms. Lockhart on May 17, 2016 (copy attached), Defendants' Initial Disclosures were served on your office via US Mail on May 5, 2016, and a courtesy copy was emailed to Ms. Lockhart on May 17. We again attach a courtesy copy of Defendants' Initial Disclosures for your file.

Also attached is a copy of the CASp report.

We would request that you forward a copy of the inspection report results, via email, to Mr. Trachtman's attention at your earliest convenience. Thank you for your help in this regard.

Stephanie Straka, Legal Assistant to Benjamin R. Trachtman

---

**From:** Ray Ballister [mailto:rayballister@potterhandy.com]
**Sent:** Friday, May 27, 2016 9:58 AM
**To:** Ben Trachtman; dsh.mail@trachtmanlaw.com
**Cc:** Phyl Grace; Isabel Masanque; Dennis Price; Mark Potter; Wesley Cwiklo
**Subject:** lindsay v dadigan / jnt rpt re site inspection
**Importance:** High

Mr. Trachtman,

The above site inspection was completed on 5/25/16, as agreed, per the court's 5/10/16 minute order. The parties are further ordered to file a joint status report on or before May 31, 2016.

We have not received your clients' Initial Disclosures, perhaps a mere oversight on your end. Per the Rule 26 Joint Report, Initial Disclosures were due for email service on 5/4/16. Please provide your clients' Initial Disclosures at this time. Also, please provide a copy of the 4/29/16 CASp report mentioned in your portion of the Rule 26 Joint Report.

I will prepare a draft Joint Status Report and submit same to you by start of business Tuesday, 5/31/16, for your input. In the meantime, if you have anything you would like included in the Joint Status Report, please send it to me at your earliest convenience, in Word form.

Thank you.

Ray Ballister

Raymond G. Ballister Jr.
Attorney
RayBallister@potterhandy.com
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**New Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an in any unauthorized review, use, disclosure, dissemination, distribu ion, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communica ior destroy all copies of the message. To contact us directly, send to info@potterhandy.com. Tax Opinion Disclaimer: To comply with IRS regulations, we advise that any discussion of Feder or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any trans