**Benjamin R. Trachtman, Esq. [SBN 137458]**
**TRACHTMAN & TRACHTMAN, LLP**
**23046 Avenida De La Carlota, Suite 300**
**Laguna Hills, CA  92653**
**Telephone:  (949) 282-0100**
**Facsimile:  (949) 282-0111**

Attorneys for Defendants Donelle Dadigan and U.S. Bancorp (erroneously sued herein as US Bank, N.A.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shirley Lindsay,<br><br>              Plaintiff,<br><br>     vs.<br><br>Donelle Dadigan; US Bank, N.A.; and Does 1-10,<br><br>              Defendants. | **CASE NO. 2:16-cv-01481-CBM (ASx)**<br><br>**NOTICE OF SETTLEMENT AND REQUEST THAT THE MARCH 28, 2017 PRETRIAL CONFERENCE BE TAKEN OFF-CALENDAR** |

TO THE COURT AND TO ALL INTERESTED PARTIES AND THEIR COUNSEL:

**NOTICE IS HEREBY GIVEN** that in August, 2016, the parties entered into a formal Settlement Agreement and Release, agreeing to settle all causes of action in their entirety.  Pursuant to Section 2.5 of the executed Settlement Agreement and Release, the only issue left to be determined by the Court is the payment of Plaintiff's reasonable attorney's fees and costs.

1    A hearing on Plaintiff's Motion for Attorney's Fees and Costs was
2    originally scheduled for hearing on February 28, 2017; however, per the Court's
3    Minute Order [Docket No. 31], the matter has been taken under submission and
4    the hearing date vacated.
5    Currently, the only matter pending before the Court is the ruling on
6    Plaintiff's Motion for Attorney's Fees and Costs.  As such, we respectfully request
7    that the March 28, 2017 Pretrial Conference be taken off-calendar.

                                    Respectfully Submitted,

DATED:  March 17, 2017         TRACHTMAN & TRACHTMAN, LLP

                                         */s/ Benjamin R. Trachtman*
                               By:_____
                                  Benjamin R. Trachtman
                                  23046 Avenida De La Carlota, Suite 300
                                  Laguna Hills, CA  92653
                                  Email:  btrachtman@trachtmanlaw.com
                                  Telephone:  (949) 282-0100
                                  Facsimile:   (949) 282-0111
                                  Attorneys for Defendants Donelle  Dadigan
                                  and U.S. Bancorp

**NOTICE OF SETTLEMENT AND REQUEST THAT THE MARCH 28, 2017 PRETRIAL
CONFERENCE BE TAKEN OFF-CALENDAR**

# PROOF OF SERVICE
## FRCP 5

**State of California** )
) ss.
**County of Orange** )

I, Stephanie Straka, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, California 92691.

On March 17, 2017, I served the interested parties in this action with the following documents:

**NOTICE OF SETTLEMENT AND REQUEST THAT THE MARCH 28, 2017 PRETRIAL CONFERENCE BE TAKEN OFF-CALENDAR**

as follows:

| *[X] BY ELECTRONIC TRANSMISSION*: | phylg@potterhandy.com<br>rayballister@potterhandy.com<br>mark@potterhandy.com<br>dennisP@potterhandy.com<br>**Attorneys for Plaintiff Shirley Lindsay** |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. ||

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 17, 2017, at Laguna Hills, California.

*/s/ Stephanie Straka*

Stephanie Straka, Declarant