UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-1481 CBM-ASx | Date | June 29, 2017 |

| | |
|---|---|
| Title | *Shirley Lindsay v. Donelle Dadigan, et al.* |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, COSTS, AND LITIGATION EXPENSES [27]**

Before the Court is Plaintiff's Motion for Attorney Fees, Costs, and Litigation Expenses. (Dkt. No. 27.) A written order will issue no later than **August 1, 2017.**

**IT IS SO ORDERED.**

00  :
CV-90 (12/02)  **CIVIL MINUTES - GENERAL**  Initials of Deputy Clerk  YS